Cannon Construction Corp., a Corporation, Plaintiff-Appellee, v. Park Transportation Co., a Corporation, Defendant-Appellant-Appellee, Land Title Insurance Company of St. Louis, a Corporation, Defendant-Appellant, Childress and Company, Inc., a Corporation, East Alton Electric Co., Inc., a Corporation, and First Granite City National Bank, a Corporation, Defendants-Appellees.

Gen. No. 68–39. (Abstract of Decision.)

Fifth District.

October 21, 1969.

Robert A. Hamilton, of Clayton, Missouri, Hoagland, Maucker, Bernard & Almeter, of Alton (Robert B. Maucker, of counsel), for appellant Land Title Insurance Company of St. Louis, Missouri, and Kappel & Neill, of St. Louis, Missouri, Armbruster & Diaz, of Alton (Richard Wolff and Ross Armbruster, of counsel), for appellant-appellee Park Transportation Company; Schafly, Godfrey & Fitzgerald, of Alton (R. Emmett Fitzgerald, of counsel), for appellee Cannon Construction Corporation. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.